**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Gregory Hough,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services LLC, Trans Union LLC, and Northpark Community Credit Union, and Regions Bank,<br><br>　　　　Defendants. | Case No: 1:23-cv-00446-MPB-KMB |

### ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE

Comes now Plaintiff, Gregory Hough and Defendant, Equifax Information Services LLC, by counsel, and having filed their Joint Stipulation for Dismissal With Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Equifax Information Services LLC have been resolved and settled and that Equifax Information Services LLC should be dismissed from this Action with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Equifax Information Services LLC is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Dated: November 20, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record

via email generated by the Court's ECF system

Case 1:23-cv-00446-MPB-KMB    Document 74    Filed 11/20/23    Page 3 of 3 PageID #: 356

via email generated by the Court's ECF system